

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WC:SD

271 Cadman Plaza East
Brooklyn, New York 11201

December 9, 2009

**Order**
The application is:
☑ granted
___ denied
___ referred to Magistrate Judge _____ for
   ___ decision
   ___ report and recommendation

s/Edward R. Korman
12/9/09

By HAND DELIVERY

The Honorable Edward R. Korman
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  United States v. James Galione
        Criminal Docket No. 96-843 (ERK)

Dear Judge Korman:

   The government respectfully submits this letter to request an adjournment of time to file a response in the above-referenced case.

   The undersigned Assistant United States Attorney has recently been assigned to this case. Due to the age of this matter, additional time is required to locate and procure the case file and relevant sentencing information. The government respectfully requests an additional 60 days to gather and analyze the materials and to prepare its response.

   Accordingly, the government respectfully requests an extension until February 1, 2010 to file its response.

                          Respectfully submitted,

                          BENTON J. CAMPBELL
                          United States Attorney

                     By:  /s/ Soumya Dayananda
                          Soumya Dayananda
                          Assistant United States Attorney
                          (718) 254-7996

cc:  James Galione, pro se